Certificate Number: 15725-CAC-CC-037618637



15725-CAC-CC-037618637

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 24, 2023, at 9:26 o'clock PM EDT, Randy Macvicar received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 24, 2023                By:     /s/Gonzalo Gonzalez Correa

                                     Name:   Gonzalo Gonzalez Correa

                                     Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 15725-CAC-CC-037618638



15725-CAC-CC-037618638

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 24, 2023</u>, at <u>9:26</u> o'clock <u>PM EDT</u>, <u>Patricia Macvicar</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 24, 2023</u>             By:    <u>/s/Gonzalo Gonzalez Correa</u>

Name:  <u>Gonzalo Gonzalez Correa</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).