United States Bankruptcy Court

Central District of California

In re:                                                                                                  Case No. 23-13607-SY
Randy Jay MacVicar                                                                      Chapter 7
Patricia Ann MacVicar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6                                        User: admin                                             Page 1 of 1
Date Rcvd: Aug 14, 2023                           Form ID: deforco                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

**Recip ID              Recipient Name and Address**
db/jdb               +  Randy Jay MacVicar, Patricia Ann MacVicar, 873 Kristin Lane, Hemet, CA 92545-1645

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023                                   Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2023 at the address(es) listed below:

**Name**                          **Email Address**

Benjamin Heston
                         on behalf of Joint Debtor Patricia Ann MacVicar bhestonecf@gmail.com
                         benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
                         on behalf of Debtor Randy Jay MacVicar bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net

United States Trustee (RS)
                         ustpregion16.rs.ecf@usdoj.gov

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

| In re:<br>Randy Jay MacVicar<br>Patricia Ann MacVicar | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 6:23−bk−13607−SY |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
## AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schd A/B(Form106A/B or 206A/B)**
**Schedule C (Form 106C)**
**Schedule D (Form 106D or 206D)**
**Schd E/F(Form106E/F or 206E/F)**
**Schedule G (Form 106G or 206G)**
**Summary(Form 106Sum or 206Sum)**
**Schedule H (Form 106H or 206H)**
**Means Calculation(Form 122A−2)**
**Schedule I (Form 106I)**
**Schedule J (Form 106J)**
**Decl Re Sched (Form 106Dec)**
**StmtFinAffairs(Form107 or 207)**
**Statement (Form 122A−1)**

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)  File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)
**OR**
(2)  File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: <u>August 13, 2023</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form deforco − Rev 04/2019)                                                                                                                                            **1 /**