| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Riverside Division

In re:
Randy Jay MacVicar

Patricia Ann MacVicar

Debtor(s).

CASE NO.:

CHAPTER: Chapter 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 08/12/2023    Randy Jay MacVicar    _____[signature]_____
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 08/12/2023    Patricia Ann MacVicar    _____[signature]_____
                    Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

| #18693 - Randy J. Macvicar | | | | Voucher #(804034) | Pay Date: 06/23/2023 |
|---|---|---|---|---|---|
| 8936 Wildoma | | | | | Pay Period: 06/05/2023-06/18/2023 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| OT | 37.5000 | 34.20 | 1,282.50 | 14,759.31 |
| PDO | | | | 600.00 |
| Regular | 25.0000 | 80.00 | 2,000.00 | 26,000.00 |
| Shift Diff | 0.5000 | 5.11 | 2.56 | 25.20 |
| Shift Diff O | 0.7500 | 1.27 | 0.95 | 6.10 |
| **Gross Pay** | | | **3,286.01** | **41,390.61** |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401k | 65.72 | 667.32 | [1] |
| DENTAL | | 33.85 | [2] |
| Medical PPO | | 384.45 | [2] |
| VISION | 1.26 | 16.38 | [2] |
| **Total** | **66.98** | **1,102.00** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,219.03 | 40,288.61 | 241.51 | 2,952.62 |
| FICA | 3,284.75 | 40,955.93 | 203.66 | 2,539.27 |
| MEDI | 3,284.75 | 40,955.93 | 47.63 | 593.86 |
| SIT:CA | 3,219.03 | 40,288.61 | 63.12 | 752.00 |
| SDI:CA | 3,284.75 | 40,955.93 | 29.56 | 368.60 |
| **Total** | | | **585.48** | **7,206.35** |

| **Net Pay** | | **2,633.55** | **33,082.26** |
|---|---|---|---|
| Checking (7944) | | 2,633.55 | 33,082.26 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| Basic Life PreTax | 2.26 | 29.38 | [2] |
| DENTAL | | 33.85 | [2] |
| Medical PPO | | 1,153.35 | [2] |
| VISION | 1.27 | 16.51 | [2] |
| FUTA | | 42.00 | |
| FICA | 203.66 | 2,539.27 | |
| MEDI | 47.63 | 593.86 | |
| SUTA_SC:CA | | 7.00 | |
| SUTA:CA | | 132.21 | |
| **Total** | **254.82** | **4,547.43** | |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| CA Sick | Hrs: | 16.000 | 0.000 | 16.000 |
| PTO | Hrs: | 80.000 | 0.000 | 80.000 |

### Tax Allowance Settings

Federal:
Married Filing Jointly
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00

California:
Allowances: 2
Additional Allowances: 0
Filing Status: M
Supplemental Type: BONUS

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

---

JV S&T Inc. 1450 NORTH BENSON AVE, UPLAND, CA 91786         1 of 1

---

**JV S&T Inc.**
1450 NORTH BENSON AVE
UPLAND, CA 91786

| Pay Date: | 06/23/2023 |
|---|---|
| Voucher #: | (804034) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Randy J. Macvicar | 1 | Checking | XXXXXX7944 | 121042882 | 2,633.55 |

8936 Wildoma   18693   06/23/2023   (804034)

**Randy J. Macvicar**
873 Kristin Ln
Hemet, CA 92545

**Non-Negotiable - This Is Not A Check**

---

1
**JV S&T Inc.**
1450 NORTH BENSON AVE
UPLAND, CA 91786

8936 Wildoma   18693   06/23/2023   (804034)

**Randy J. Macvicar**
873 Kristin Ln
Hemet, CA 92545

**Personal & Confidential**

**JV S&T Inc.**
1450 North Benson Ave
Suite A
Upland, CA 91786

Direct Deposit Advice

**Check Date**
July 7, 2023

**Voucher Number**
1

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***7944 | 2,494.25 |
| **Total Direct Deposits** | | | **2,494.25** |

178090    8936-1000-Management    18693  1  1    **178090**

**Randy J Macvicar**
873 Kristin Ln
Hemet, CA  92545

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### JV S&T Inc.

**Randy J Macvicar**    **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 18693 | Fed Taxable Income | 3,033.00 | Check Date **July 7, 2023**    Voucher Number **1** |
| Location | 8936-1000-Mana | Fed Filing Status | M | Period Beginning **June 19, 2023**    Net Pay **2,494.25** |
| Hourly | $25.00 | State Filing Status | M-2 | Period Ending **July 2, 2023**    Total Hours Worked **107.11** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 600.00 |
| JVST SHIF | 0.50 | 6.07 | 3.04 | 28.24 |
| JVST Shift | 0.75 | 0.85 | 0.64 | 6.74 |
| Overtime | 37.50 | 33.18 | 1,244.25 | 16,003.56 |
| Regular | 25.00 | 73.93 | 1,848.25 | 27,848.25 |
| **Gross Earnings** | | **114.03** | **3,096.18** | **44,486.79** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 54.94 | 806.94 |
| CASDI-E | 27.85 | 396.45 |
| FITW | 219.19 | 3,171.81 |
| MED | 44.88 | 638.74 |
| SS | 191.89 | 2,731.16 |
| **Taxes** | **538.75** | **7,745.10** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 61.92 | 729.24 |
| Dental | | 33.85 |
| Medical PPO | | 384.45 |
| Vision | 1.26 | 17.64 |
| **Deductions** | **63.18** | **1,165.18** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***7944 | 2,494.25 |
| **Total Direct Deposits** | | | **2,494.25** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| California | 19.57 | 0.00 |
| Field | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.27 | 17.78 |
| ER Cost of | | 33.85 |
| ER Cost of | 2.26 | 31.64 |
| ER | | 1,153.35 |

JV S&T Inc.
1450 North Benson Ave
Suite A
Upland, CA 91786

paylocity

Direct Deposit Advice

**Check Date**
July 21, 2023

**Voucher Number**
38

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***7944 | 2,496.90 |
| **Total Direct Deposits** | | | **2,496.90** |

178090    8936-1000-Management    18693    38    28    **178090**

**Randy J Macvicar**
873 Kristin Ln
Hemet, CA  92545

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### JV S&T Inc.

**Randy J Macvicar**                                                                **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 18693 | Fed Taxable Income | 3,036.54 | Check Date | July 21, 2023 | Voucher Number | 38 |
| Location | 8936-1000-Mana | Fed Filing Status | M | Period Beginning | July 3, 2023 | Net Pay | 2,496.90 |
| Hourly | $26.00 | State Filing Status | M-2 | Period Ending | July 16, 2023 | Total Hours Worked | 98.69 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 26.00 | 8.00 | 208.00 | 208.00 |
| HOLIDAY | | | | 600.00 |
| JVST SHIF | 0.50 | 6.11 | 3.07 | 183.06 |
| JVST Shift | 0.75 | 0.52 | 0.39 | 39.01 |
| Overtime | 39.00 | 24.80 | 967.20 | 16,970.76 |
| Regular | 26.00 | 73.89 | 1,921.14 | 29,769.39 |
| **Gross Earnings** | | **113.32** | **3,099.80** | **47,770.22** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 55.09 | 862.03 |
| CASDI-E | 27.89 | 425.99 |
| FITW | 219.62 | 3,391.43 |
| MED | 44.93 | 686.33 |
| SS | 192.11 | 2,934.66 |
| **Taxes** | **539.64** | **8,300.44** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 62.00 | 794.91 |
| Dental | | 33.85 |
| Medical PPO | | 384.45 |
| Vision | 1.26 | 18.90 |
| **Deductions** | **63.26** | **1,232.11** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***7944 | 2,496.90 |
| **Total Direct Deposits** | | | **2,496.90** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| California | 22.86 | 0.00 |
| Field | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | | 33.85 |
| ER Cost of | 2.26 | 33.90 |
| ER Cost of | 1.27 | 19.05 |
| ER | | 1,153.35 |

JV S&T Inc. | 1450 North Benson Ave Suite A  Upland, CA 91786 | (951) 674-4145 | FEIN: 47-4677879 | CA: 052-5853-8

**JV S&T Inc.**
1450 North Benson Ave
Suite A
Upland, CA 91786

paylocity

Direct Deposit Advice

**Check Date**
August 4, 2023

**Voucher Number**
74

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***7944 | 2,680.59 |
| **Total Direct Deposits** | | | **2,680.59** |

178090    8936-1000-Management    18693  74  56    **178090**

**Randy J Macvicar**
873 Kristin Ln
Hemet, CA  92545

Non Negotiable - This is not a check - Non Negotiable

**JV S&T Inc.**

**Randy J Macvicar**                                                                                                    Earnings Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 18693 | Fed Taxable Income | 3,281.86 | Check Date | **August 4, 2023** | Voucher Number | **74** |
| Location | 8936-1000-Mana | Fed Filing Status | M | Period Beginning | **July 17, 2023** | Net Pay | **2,680.59** |
| Hourly | $26.00 | State Filing Status | M-2 | Period Ending | **July 30, 2023** | Total Hours Worked | **105.56** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 208.00 |
| HOLIDAY | | | | 600.00 |
| JVST SHIF | 26.50 | 5.71 | 151.35 | 493.26 |
| JVST Shift | 39.75 | 1.20 | 47.70 | 106.99 |
| Overtime | 39.00 | 31.27 | 1,219.53 | 18,190.29 |
| Regular | 26.00 | 74.29 | 1,931.54 | 31,700.93 |
| **Gross Earnings** | | **112.47** | **3,350.12** | **51,299.47** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 65.89 | 927.92 |
| CASDI-E | 30.14 | 457.74 |
| FITW | 249.05 | 3,640.48 |
| MED | 48.56 | 737.49 |
| SS | 207.63 | 3,153.40 |
| **Taxes** | **601.27** | **8,917.03** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 67.00 | 865.49 |
| Dental | | 33.85 |
| Medical PPO | | 384.45 |
| Vision | 1.26 | 20.16 |
| **Deductions** | **68.26** | **1,303.95** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***7944 | 2,680.59 |
| **Total Direct Deposits** | | | **2,680.59** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| California | 24.00 | 0.00 |
| Field | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | | 33.85 |
| ER Cost of | 2.26 | 36.16 |
| ER Cost of | 1.27 | 20.32 |
| ER | | 1,153.35 |

JV S&T Inc. | 1450 North Benson Ave Suite A  Upland, CA 91786 | (951) 674-4145 | FEIN: 47-4677879 | CA: 052-5853-8

**JV S&T Inc.**
1450 North Benson Ave
Suite A
Upland, CA 91786

paylocity

Direct Deposit Advice

**Check Date**
July 7, 2023

**Voucher Number**
22

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***7944 | 164.26 |
| **Total Direct Deposits** | | | **164.26** |

178090    8936-1000-Management    18693  22  17    **178090**

**Randy J Macvicar**
873 Kristin Ln
Hemet, CA  92545

Non Negotiable - This is not a check - Non Negotiable

---

## Non Negotiable - This is not a check - Non Negotiable

### JV S&T Inc.

**Randy J Macvicar**                                                                        **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **18693** | Fed Taxable Income | **179.96** | Check Date | **July 7, 2023** |
| Location | **8936-1000-Mana** | Fed Filing Status | **M** | Period Beginning | **June 19, 2023** |
| Hourly | **$25.00** | State Filing Status | **M-2** | Period Ending | **July 2, 2023** |

| | |
|---|---|
| Voucher Number | **22** |
| Net Pay | **164.26** |
| Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 600.00 |
| JVST SHIF | 25.00 | 6.07 | 151.75 | 179.99 |
| JVST Shift | 37.50 | 0.85 | 31.88 | 38.62 |
| Overtime | | | | 16,003.56 |
| Regular | | | | 27,848.25 |
| **Gross Earnings** | | **6.92** | **183.63** | **44,670.42** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 0.00 | 806.94 |
| CASDI-E | 1.65 | 398.10 |
| FITW | 0.00 | 3,171.81 |
| MED | 2.66 | 641.40 |
| SS | 11.39 | 2,742.55 |
| **Taxes** | **15.70** | **7,760.80** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 3.67 | 732.91 |
| Dental | | 33.85 |
| Medical PPO | | 384.45 |
| Vision | | 17.64 |
| **Deductions** | **3.67** | **1,168.85** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***7944 | 164.26 |
| **Total Direct Deposits** | | | **164.26** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| California | 0.00 | 0.00 |
| Field | 0.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | | 17.78 |
| ER Cost of | | 33.85 |
| ER Cost of | | 31.64 |
| ER | | 1,153.35 |

---

JV S&T Inc. | 1450 North Benson Ave Suite A  Upland, CA 91786 | (951) 674-4145 | FEIN: 47-4677879 | CA: 052-5853-8

**JV S&T Inc.**
1450 North Benson Ave
Suite A
Upland, CA 91786

paylocity

**Direct Deposit Advice**

**Check Date**
July 21, 2023

**Voucher Number**
58

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***7944 | 160.23 |
| **Total Direct Deposits** | | | **160.23** |

178090   8936-1000-Management   18693  58  45   **178090**

**Randy J Macvicar**
873 Kristin Ln
Hemet, CA  92545

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### JV S&T Inc.

**Randy J Macvicar**                                                                           **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **18693** | Fed Taxable Income | **175.55** | Check Date | **July 21, 2023** |
| Location | **8936-1000-Mana** | Fed Filing Status | **M** | Period Beginning | **July 3, 2023** |
| Hourly | **$26.00** | State Filing Status | **M-2** | Period Ending | **July 16, 2023** |

| | |
|---|---|
| Voucher Number | **58** |
| Net Pay | **160.23** |
| Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 208.00 |
| HOLIDAY | | | | 600.00 |
| JVST SHIF | | 0.00 | 158.85 | 341.91 |
| JVST Shift | | 0.00 | 20.28 | 59.29 |
| Overtime | | | | 16,970.76 |
| Regular | | | | 29,769.39 |
| **Gross Earnings** | | **0.00** | **179.13** | **47,949.35** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 0.00 | 862.03 |
| CASDI-E | 1.61 | 427.60 |
| FITW | 0.00 | 3,391.43 |
| MED | 2.60 | 688.93 |
| SS | 11.11 | 2,945.77 |
| **Taxes** | **15.32** | **8,315.76** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 3.58 | 798.49 |
| Dental | | 33.85 |
| Medical PPO | | 384.45 |
| Vision | | 18.90 |
| **Deductions** | **3.58** | **1,235.69** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK NA | C | ***7944 | 160.23 |
| **Total Direct Deposits** | | | **160.23** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| California | 22.86 | 0.00 |
| Field | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | | 33.85 |
| ER Cost of | | 33.90 |
| ER Cost of | | 19.05 |
| ER | | 1,153.35 |

JV S&T Inc. | 1450 North Benson Ave Suite A  Upland, CA 91786 | (951) 674-4145 | FEIN: 47-4677879 | CA: 052-5853-8