Certificate Number: 14912-CAC-DE-037811754

Bankruptcy Case Number: 23-13607



14912-CAC-DE-037811754

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2023, at 7:02 o'clock PM EDT, Randy Macvicar completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   October 1, 2023              By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title: Counselor