United States Bankruptcy Court

Central District of California

In re:  Case No. 23-13607-SY

Randy Jay MacVicar  Chapter 7

Patricia Ann MacVicar

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6    User: admin    Page 1 of 4
Date Rcvd: Nov 27, 2023    Form ID: 318a    Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Randy Jay MacVicar, Patricia Ann MacVicar, 873 Kristin Lane, Hemet, CA 92545-1645 |
| 41643306 | | American Med Ambulance, 3750 W Warner Ave, Santa Ana, CA 92704-5219 |
| 41643313 | | City of Perris Public Works, 101 N D St, Perris, CA 92570-1917 |
| 41643322 | | GS Loan Services / Regions Bank, 1797 Northeast Expy Ne, Brookhaven, GA 30329-7803 |
| 41643320 | | Glenwood Surgery Center, 8945 Magnolia Ave Ste 200, Riverside, CA 92503-4436 |
| 41643323 | # | Invitation Homes, 465 N Halstead St Ste 150, Pasadena, CA 91107-6017 |
| 41643330 | | Mor Credit Furniture Finance, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 41643332 | | Riverside University Health System, 26520 Cactus Ave, Moreno Valley, CA 92555-3927 |
| 41643333 | | Riverside University Health System, 450 E San Jacinto Ave, Perris, CA 92571-2833 |
| 41678590 | + | SoCalGas, PO Box 30337, Los Angeles CA 90030-0337 |
| 41643336 | | Southern California Gas Company, PO Box 1626, Monterey Park, CA 91754-8626 |
| 41643337 | | Synchrony / American Tire, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | EDI: EDD.COM | Nov 28 2023 05:55:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Nov 28 2023 05:55:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41643305 | Email/Text: SC_Enforcement_Bankr@globalcu.org | Nov 28 2023 01:06:00 | Alaska USA Federal Credit Union, 4000 Credit Union Dr, Anchorage, AK 99503-6636 |
| 41643307 | Email/Text: legal@arsnational.com | Nov 28 2023 01:07:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 41643308 | EDI: CAPITALONE.COM | Nov 28 2023 05:52:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41643309 | Email/Text: PBNCNotifications@peritusservices.com | Nov 28 2023 01:06:00 | Capital One / Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 41643311 | EDI: CITICORP | Nov 28 2023 05:52:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 41643312 | EDI: CITICORP | Nov 28 2023 05:52:00 | Citibank / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41643314 | EDI: WFNNB.COM | Nov 28 2023 05:55:00 | Comenity Bank / Burlington, PO Box 182120, Columbus, OH 43218-2120 |
| 41643315 | EDI: WFNNB.COM | | |

Case 6:23-bk-13607-SY   Doc 20   Filed 11/29/23   Entered 11/29/23 21:22:38   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0973-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 318a | Total Noticed: 40 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 28 2023 05:55:00 | Comenity Bank / Carters, PO Box 182120, Columbus, OH 43218-2120 |
| 41643316 | Email/Text: shornbeck@peritusservices.com | Nov 28 2023 01:08:00 | Complete Credit Solutions, 2921 Brown Trl Ste 100, Bedford, TX 76021-4174 |
| 41643317 | Email/PDF: creditonebknotifications@resurgent.com | Nov 28 2023 01:11:30 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 41643318 | EDI: DISCOVER | Nov 28 2023 05:52:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 41643319 | Email/Text: bankruptcynotification@ftr.com | Nov 28 2023 01:08:00 | Frontier Communications, 19 John St, Middletown, NY 10940-4918 |
| 41643321 | EDI: CITICORP | Nov 28 2023 05:52:00 | Goodyear / Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41643324 | EDI: JEFFERSONCAP.COM | Nov 28 2023 05:55:00 | Jefferson Capital Systems, 16 Mceland Rd, Saint Cloud, MN 56303-2198 |
| 41643310 | EDI: JPMORGANCHASE | Nov 28 2023 05:52:00 | Chase Auto Finance, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801 |
| 41643325 | Email/Text: customerservice.us@klarna.com | Nov 28 2023 01:06:00 | Klarna, 629 N High St Fl 300, Columbus, OH 43215-2929 |
| 41643327 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 01:11:49 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 41643326 | Email/Text: bankruptcyonlinefilings@logixbanking.com | Nov 28 2023 01:07:00 | Logix Federal Credit Union, 2340 N Hollywood Way, Burbank, CA 91505-1124 |
| 41643328 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 28 2023 01:11:49 | Merrick Bank, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 41643329 + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2023 01:07:00 | Midland Credit Management, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 41643331 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 28 2023 01:11:36 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 41643335 | Email/Text: bankruptcygroup@sce.com | Nov 28 2023 01:06:00 | Southern California Edison, Po Box 800, Rosemead, CA 91770-0800 |
| 41643334 | EDI: CBS7AVE | Nov 28 2023 05:55:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 41643338 | EDI: SYNC | Nov 28 2023 05:52:00 | Synchrony / Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 41643339 | EDI: SYNC | Nov 28 2023 05:52:00 | Synchrony / Zulily, PO Box 965017, Orlando, FL 32896-5017 |
| 41643340 | EDI: WTRRNBANK.COM | Nov 28 2023 05:52:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41643341 | *P++ | ALASKA USA FCU, ATTN BANKRUPTCY, 4220 B STREET, ANCHORAGE AK 99503-5911, address filed with court:, Alaska USA Federal Credit Union, 4000 Credit Union Dr, Anchorage, AK 99503-6636 |
| 41643343 | * | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 41643342 | * | American Med Ambulance, 3750 W Warner Ave, Santa Ana, CA 92704-5219 |
| 41643344 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41643345 | * | Capital One / Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 41643347 | * | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 41643348 | * | Citibank / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0973-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 318a | Total Noticed: 40 |

| | | |
|---|---|---|
| 41643349 | * | City of Perris Public Works, 101 N D St, Perris, CA 92570-1917 |
| 41643350 | * | Comenity Bank / Burlington, PO Box 182120, Columbus, OH 43218-2120 |
| 41643351 | * | Comenity Bank / Carters, PO Box 182120, Columbus, OH 43218-2120 |
| 41643352 | * | Complete Credit Solutions, 2921 Brown Trl Ste 100, Bedford, TX 76021-4174 |
| 41643353 | * | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 41643354 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 41643355 | *P++ | FRONTIER COMMUNICATIONS, BANKRUPTCY DEPT, 19 JOHN STREET, MIDDLETOWN NY 10940-4918, address filed with court:, Frontier Communications, 19 John St, Middletown, NY 10940-4918 |
| 41643358 | * | GS Loan Services / Regions Bank, 1797 Northeast Expy Ne, Brookhaven, GA 30329-7803 |
| 41643356 | * | Glenwood Surgery Center, 8945 Magnolia Ave Ste 200, Riverside, CA 92503-4436 |
| 41643357 | * | Goodyear / Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41643359 | * | Invitation Homes, 465 N Halstead St Ste 150, Pasadena, CA 91107-6017 |
| 41643360 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 41643346 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto Finance, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801 |
| 41643361 | *P++ | KLARNA INC, ATTN BANKRUPTCY, PO BOX 8116, COLUMBUS OH 43201-0116, address filed with court:, Klarna, 629 N High St Fl 300, Columbus, OH 43215-2929 |
| 41643363 | * | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 41643362 | * | Logix Federal Credit Union, 2340 N Hollywood Way, Burbank, CA 91505-1124 |
| 41643364 | * | Merrick Bank, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 41643365 | *+ | Midland Credit Management, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 41643366 | * | Mor Credit Furniture Finance, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 41643367 | * | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 41643368 | * | Riverside University Health System, 26520 Cactus Ave, Moreno Valley, CA 92555-3927 |
| 41643369 | * | Riverside University Health System, 450 E San Jacinto Ave, Perris, CA 92571-2833 |
| 41643371 | *P++ | SOUTHERN CALIFORNIA EDISON COMPANY, 1551 W SAN BERNARDINO ROAD, COVINA CA 91722-3407, address filed with court:, Southern California Edison, Po Box 800, Rosemead, CA 91770-0800 |
| 41643370 | * | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 41643372 | * | Southern California Gas Company, PO Box 1626, Monterey Park, CA 91754-8626 |
| 41643373 | * | Synchrony / American Tire, PO Box 960061, Orlando, FL 32896-0061 |
| 41643374 | * | Synchrony / Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 41643375 | * | Synchrony / Zulily, PO Box 965017, Orlando, FL 32896-5017 |
| 41643376 | * | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 0 Undeliverable, 36 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Benjamin Heston
on behalf of Joint Debtor Patricia Ann MacVicar bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
on behalf of Debtor Randy Jay MacVicar bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

| District/off: 0973-6 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 318a | Total Noticed: 40 |

Charles W Daff (TR)
    charleswdaff@gmail.com  c122@ecfcbis.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Randy Jay MacVicar<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2376<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia Ann MacVicar<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0293<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    Central District of California

Case number:    6:23-bk-13607-SY

## Order of Discharge – Chapter 7     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randy Jay MacVicar        Patricia Ann MacVicar

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/27/23      Debtor 2 Discharge Date: 11/27/23

**Dated:** 11/27/23

**By the court:** Scott H. Yun
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

18/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc     Order of Chapter 7 Discharge     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**